THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORVAL BUILDERS & ERECTORS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-01268 |
| MARKEL AMERICAN INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## DEFENDANT MARKEL AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Markel American Insurance Company ("MAIC"), files this Motion for Summary Judgment on the suit filed by Plaintiff Corval Builders & Erectors, Inc. ("Corval"). MAIC attaches to this Motion a Brief and an Appendix.

By this Motion, MAIC requests that the Court grant summary judgment in its favor on all claims. MAIC requests the Court deny all of Corval's claims, including its claims for declaratory judgment, breach of contract, and violations of the Texas Insurance Code.

Respectfully submitted,

**ZELLE LLP**

By: */s/ Todd M. Tippett*
    Todd M. Tippett
    Texas Bar No. 24046977
    Southern Member ID No. 573544
    ttippett@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:	214-742-3000
Facsimile:	214-760-8994

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL:**

Michael P. O'Brien
Texas Bar No. 24103418
Southern Member ID No. 3338567
mobrien@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:	214-742-3000
Facsimile:	214-760-8994

## CERTIFICATE OF SERVICE

  A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on November 18, 2022:

| | |
|---|---|
| Jeffrey G. Tinkham<br>TBA No. 20056300<br>S.D.T. Adm. No. 4725<br>**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**<br>808 Travis Street, 20th Floor<br>Houston, Texas 77002<br>Telephone: 713-632-1700<br>Facsimile: 713-222-0101<br>tinkham@mdjwlaw.com | Ernest F. Peake<br>James M. Jorissen<br>Paul M. Shapiro<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2157<br>Telephone: 612-977-8400<br>Facsimile: 612-977-8650<br>epeake@taftlaw.com<br>jjorissen@taftlaw.com<br>pshapiro@taftlaw.com<br><br>***Attorneys for Plaintiff Corval Builders & Erectors, Inc.*** |

*/s/ Todd M. Tippett*
Todd M. Tippett