United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CORVAL BUILDERS & ERECTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | § § § § § § § § § § § § | Civil Action No. 4:21-cv-01268 |

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff's claims, and Defendant is entitled to judgment as a matter of law.

Accordingly, Plaintiff shall take nothing by its claims against Defendant, and Plaintiff's claims are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiff is denied. All allowable and reasonable costs of court are taxed against Plaintiff. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT.**

Signed on September 30, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**